**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SERVER TECHNOLOGY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNEIDER Electric IT Corporation f.k.a. AMERICAN POWER CONVERSION CORPORATION, a Massachusetts corporation,<br><br>Defendant. | Case No. 3:11-CV-0068-LRH-WGC<br><br>**JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE SUPPLEMENTAL JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT AND**<br><br>**O R D E R** |

Pursuant to the Second Amended Scheduling Order dated June 7, 2017, the parties are to file a Supplemental Joint Claim Construction and Prehearing Statement by November 29, 2017.  (ECF No. 97.)

Pursuant to that order and the Local Patent Rules, Plaintiff Server Technology, Inc. and Defendant Schneider Electric IT Corporation have been in active negotiation regarding constructions for disputed claim terms and have reached agreement on several terms.  The parties are continuing to work to meaningfully narrow the remaining claim construction issues and believe that additional time to submit the Joint Claim Construction and Prehearing Statement would be beneficial.  As such, the parties request that the deadline to file the Supplemental Joint Claim Construction And Prehearing Statement be extended by one week to December 6, 2017.  The other deadlines set in the Second Amended Scheduling Order would remain unchanged.

Dated:  November 29, 2017.

Respectfully submitted,

/s/ *James E. Hartley*
James E. Hartley
Matthew B. Hippler (Nevada SBN 7015)
Donald A. Degnan
Timothy P. Getzoff
Adam A. Hubbard
Teague I. Donahey
HOLLAND & HART LLP

Michael R. Henson
PERKINS & COIE LLP

Attorneys for Plaintiff
SERVER TECHNOLOGY, INC.

/s/
Terrence J. Truax
Reginald J. Hill
Adam Unikowsky
Michael G. Babbitt
JENNER & BLOCK

William E. Peterson (Nevada SBN 1528)
Suellen Fulstone
SNELL & WILMER

Attorneys for Defendant SCHNEIDER ELECTRIC CORPORATION, F/K/A AMERICAN POWER CONVERSION CORPORATION

# ORDER OF THE COURT

IT IS ORDERED that the deadline for the parties to file their Supplemental Joint Claim Construction And Prehearing Statement is extended to December 6, 2017.

DATED this 30th day of November, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE