# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC., a Nevada corporation, | Case No. 3:11-CV-0068-LRH-WGC |
| Plaintiff/Counter-Defendant, | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| v. | |
| SCHNEIDER ELECTRIC CORPORATION, f/k/a AMERICAN POWER CONVERSION CORPORATION, a Massachusetts corporation, | |
| Defendant/Counter-Claimant. | FILING FEE IS $250.00 |

Timothy P. Getzoff, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Holland & Hart LLP with offices at 1800 Broadway, Suite 300, Boulder, Colorado, 80302, Telephone: 303-473-2700; Email address: tgetzoff@hollandhart.com.

2. That Petitioner has been retained personally or as a member of the law firm by Server Technology, Inc. to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 1996, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or the highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership there is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts:

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Colorado | 11/5/1996 | 27299 |
| U.S. Court of Appeals for the Tenth Circuit | 11/8/1996 | |
| U.S. Court of Appeals for the Sixth Circuit | 1/22/2002 | |
| U.S. Court of Appeals for the Federal Circuit | 9/9/2005 | |
| U.S. Court of Appeals for the Eleventh Circuit | 11/3/2006 | |
| U.S. Court of Appeals for the Ninth Circuit | 5/22/2008 | |
| U.S. Court of Appeals for the Second Circuit | 12/4/2012 | |
| U.S. District Court, Eastern District Wisconsin | 2/7/2012 | |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. Petitioner has never been denied admission to the State Bar of Nevada.

7. Petitioner is a member of good standing in the following Bar Associations:

Colorado Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court, Administrative Body, or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 2/20/2014 | 3:06-cv-00698 | USDC, District of Nevada | Granted |
| 6/23/2015 | 3:15-cv-00329 | USDC, District of Nevada | Granted |

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of the State of Nevada.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Timothy P. Getzoff (Petitioner)

STATE OF COLORADO    )
                     )ss
CITY AND COUNTY OF BOULDER )

Timothy P. Getzoff, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Timothy P. Getzoff (Petitioner)

Subscribed and sworn to before me this 12 day of March, 2018.

_____
Notary Public for the State of Colorado

My Commission Expires: 6/15/2020

(SEAL)
JOY BROOKS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004017525
MY COMMISSION EXPIRES 06/15/2020

PAGE 3

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate Matthew B. Hippler, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

    Holland & Hart LLP
    5441 Kietzke Lane
    Second Floor
    Reno, Nevada 89511
    Telephone: 775-327-3000
    Email: mhippler@hollandhart.com

By this designation the Petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Matthew B. Hippler as his Designated Resident Nevada Counsel in this case.

    <u>Server Technology, Inc</u>

By: _____
    (Party Signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

<u>/s/ Matthew B. Hippler</u>     <u>7015</u>
Designated Resident     Bar #
Nevada Counsel's Signature

**APPROVED:**

DATED this ____ day of _____, 2018.

<u>    SEE NEXT PAGE FOR SIGNATURE    </u>
UNITED STATES DISTRICT JUDGE

<div style="line-height: 1.5;">

# DESIGNATION OF RESIDENT ATTORNEY
# ADMITTED TO THE BAR OF THIS COURT
# AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate Matthew B. Hippler, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

    Holland & Hart LLP
    5441 Kietzke Lane
    Second Floor
    Reno, Nevada 89511
    Telephone: 775-327-3000
    Email: mhippler@hollandhart.com

By this designation the Petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Matthew B. Hippler as his Designated Resident Nevada Counsel in this case.

Server Technology, Inc

By: _____
    (Party Signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Matthew B. Hippler    7015
Designated Resident    Bar #
Nevada Counsel's Signature

APPROVED:
DATED this 23rd day of March, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

</div>



# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**TIMOTHY PAUL GETZOFF**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **21st** day of **October** A. D. **1996** and that at the date hereof the said **TIMOTHY PAUL GETZOFF** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **13th** day of **February** A. D. **2018**

*Cheryl Stevens*
Clerk

By *[signature]*
Deputy Clerk