1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SERVER TECHNOLOGY, INC.,
a Nevada corporation,

      Plaintiff,

      vs.

SCHNEIDER Electric IT Corporation
f.k.a. AMERICAN POWER CONVERSION
CORPORATION, a Massachusetts corporation,

                Defendant.

Case No. 3:11-CV-0068-LRH-WGC

**JOINT MOTION TO DISMISS WITH
PREJUDICE**

**AND ORDER THEREON**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Server Technology, Inc. and Defendant Schneider Electric IT Corporation, fka American Power Conversion Corporation, jointly request that the Court dismiss this action with prejudice, *except* that Defendant's counterclaims for declaratory judgment of invalidity be dismissed *without* prejudice.  The parties stipulate and agree that each party will bear its own attorneys' fees, costs, and expenses.  A proposed Order is attached.

Dated:  May 16, 2018

Respectfully submitted,

/s/ *Timothy P. Getzoff*
Timothy P. Getzoff
James E. Hartley
Matthew B. Hippler (Nevada SBN 7015)
Donald A. Degnan
Adam A. Hubbard
Teague I. Donahey
HOLLAND & HART LLP

Michael R. Henson
PERKINS & COIE LLP

Attorneys for Plaintiff
SERVER TECHNOLOGY, INC.

/s/ *Michael Babbitt*
Terrence J. Truax
Reginald J. Hill
Adam Unikowsky
Michael G. Babbitt
JENNER & BLOCK

William E. Peterson (Nevada SBN 1528)
Suellen Fulstone
SNELL & WILMER

Attorneys for Defendant SCHNEIDER ELECTRIC CORPORATION, F/K/A AMERICAN POWER CONVERSION CORPORATION

SEE NEXT PAGE FOR ORDER

1

## ORDER OF THE COURT

IT IS ORDERED that the Joint Motion is Granted, and this Action is dismissed with prejudice, except that Defendant's counterclaims for declaratory judgment of invalidity are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

DATED this _____16th_____ day of _____May_____ 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2